THE PEOPLE OF THE STATE OF NEW YORK, *Respondents v.* LORENZO BAKER, *Appellant.*— Judgment and conviction affirmed. Opinion by LEARNED, P. J.

THE PEOPLE OF THE STATE OF NEW YORK, *Respondent, v.* WILLIAM H. HALE, *Appellant.* — Judgment and conviction reversed and prisoner discharged. Opinion by BOCKES, J.

GEORGE SPROTT, *Executor, Appellant, v.* MARTIN H. SHUFELT and others, *Respondents.*— Decree affirmed, with costs against appellant. Opinion by BOARDMAN and BOCKES, JJ.

GEORGE GILBERT, *Appellant, v.* VILLAGE OF MARGARETVILLE, *Respondent.*— Judgment reversed, new trial granted, costs to abide event. Opinion by BOARDMAN, J. ; BOCKES, J., dissenting.

FREDERICK BLODGETT, *Respondent, v.* JAMES A. RACE, *Appellant.*— Judgment and order reversed, new trial granted, costs to abide event. Opinion by BOCKES, J.

LUCY A. MICHELSON, *Appellant, v.* ELISHA S. FOWLER and others, *Respondents.* — Judgment affirmed, with costs. Opinion by BOARDMAN, J., and by LEARNED, P. J., dissenting.

LENORA MORENUS, *Respondent, v.* IRA CRAWFORD, *Appellant, Impleaded, etc.* — Judgment and order reversed, new trial granted, costs to abide event. Opinion by BOCKES, J.

JOHN F. CONOR, *Respondent, v.* FRANK P. HILTON, *Appellant.*— Judgment of County Court and of Justices' Court reversed, with costs. Opinion by BOCKES, J.

THE PEOPLE OF THE STATE OF NEW YORK, *Respondent, v.* ANDREW CAMPBELL, *Appellant.*— Judgment and conviction reversed and new trial granted. Opinion by LEARNED, P. J.

AUGUSTUS SHERMAN, *Respondent, v.* THE MECHANICS AND TRADERS' FIRE INSURANCE COMPANY, *Appellant.*— Judgment affirmed, with costs. Opinion by BOARDMAN, J.

ANDREW H. RUSSELL, *Appellant, v.* JAMES C. HARTT, *Administrator, etc.*— Decree affirmed, with costs. Opinion by BOARDMAN, J. ; BOCKES, J., dissenting.

ELLEN ROACH, *as Administratrix, etc., of* THOMAS ROACH, *deceased, Respondent, v.* THE FORT ORANGE PAPER COMPANY, *Appellant.*— Judgment affirmed, with costs. Opinion by LEARNED, P. J.

SARAH J. ULINE, *Respondent, v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, *Appellant.*— Judgment and order affirmed, with costs. Opinion by BOARDMAN, J.

J. FOWLER HAIGHT, *Respondent, v.* NELSON WEBSTER, *Appellant.*— Judgment and order reversed, new trial granted, costs to abide event. Opinion by BOCKES, J., and LEARNED, P. J.

CLARA B. ALLEN, *Respondent, v.* WALTER S. ALLEN, *Appellant.*— Judgment reversed, new trial granted, referee discharged, costs to abide event. Opinion by BOARDMAN, J.